# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIM-SCOTT ALVA, | Case No. 2:18-cv-00788-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| JAMES SCOTT ALVA, | |
| Defendant(s). | |

Plaintiff has neither paid the filing fee to proceed with this case, nor filed an application to proceed *in forma pauperis*. The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank application form to proceed *in forma pauperis* for litigants who are incarcerated. No later than May 23, 2018, Plaintiff shall either file a completed application to proceed *in forma pauperis*[1] or shall pay the filing fee. **Failure to comply will result in a recommendation to the district judge for dismissal of this action.**

IT IS SO ORDERED.

Dated: May 2, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] In conjunction with such application, a prisoner must submit an affidavit including a statement of all assets he possesses, as well as "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).