# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jim-Scott Alva,

    Plaintiff

v.

James Scott Alva, et al.,

    Defendants

Case No.: 2:18-cv-00788-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 6]

Pro se plaintiff Jim-Scott Alva sues two versions of himself—James Scott Alva (an alleged Social Security Trust) and James Scott Alva (an alleged Cestui Que Trust).[1] "In light of the frivolous and delusional nature of Alva's claims," Magistrate Judge Koppe recommends that I dismiss this action with prejudice.[2] Judge Koppe issued her recommendation on June 12, 2018, making June 26, 2018, the deadline to file objections. That deadline is now three-weeks expired, and neither Alva—nor an alter ego—has filed an objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge's report and recommendation **[ECF No. 6] is ACCEPTED and ADOPTED**. This action is **DISMISSED with prejudice**, and the **Clerk of Court** is directed to **CLOSE THIS CASE**.

Dated: July 17, 2018

                              _____
                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.

[2] ECF No. 6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).